# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY BLOCK,**

        **Plaintiff,**

**-vs-**                         **Case No.  6:09-cv-788-Orl-31KRS**

**CHRISTENSEN ENTERPRISES, INC.**
**d/b/a Action Gator Tire,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on the Response (Doc. 17) to this Court's Order (Doc. 16) regarding the mediation that was to have occurred on or before September 15, 2010.  After reviewing the Response, the Court will allow the parties until December 31, 2010 to file a notice of substitution and a motion to approve settlement.  Failing that, the matter will be dismissed for lack of prosecution.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 27, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party